AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 16-cv-2-LTS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Robin Ventarecsq via Thecelebritycafe.com___
was received by me on *(date)* ___1/19/2016___.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ___Justin, assistant to Michael Greissener___ who is
designated by law to accept service of process on behalf of *(name of organization)* ___TheCelebrityCafe.com___
_____ on *(date)* ___1/19/2016___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___.

I declare under penalty of perjury that this information is true.

Date: ___01/18/2016___

___O'Neil Dennis___
*Server's signature*

___O'Neil Dennis___
*Printed name and title*

___1890 7th ave, New York, NY 10026___
*Server's address*

Additional information regarding attempted service, etc:

Served summons, complaint, ECF rules, Judges rules, and notice of official conference. Mailed copy of all documents after hand service.