AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 16-cv-2-LTS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ~~the plaintiff one~~ cary BigFootVentures, LLC
was received by me on *(date)* 01/18/2016.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Justin, assistant to Michael Greisser who is
designated by law to accept service of process on behalf of *(name of organization)* Big Foot Ventures LLC
on *(date)* 1/19/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 01/18/2016

_____
Server's signature

O'Neil Dennis
Printed name and title

1890 7th ave, New York, NY 10026
Server's address

Additional information regarding attempted service, etc:

Served summons, complaint, ECF rules, Judges rules, and notice of official conference. Mailed copy of all documents after hand service.